**G. B. G. CORPORATION, Plaintiff-Appellant, v. McCRORY STORES CORPORATION, Defendant-Appellee.**

No. 172.

Circuit Court of Appeals, Second Circuit.
Jan. 9, 1939.

Morris Hirsch, of New York City, for appellant.

George L. Wheelock, of New York City, (Max W. Zabel and Greek Wells, both of Chicago, Ill., of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**Thor W. HENRICKSEN, Individually and as Acting Collector of Internal Revenue for the District of Washington, Appellant, v. Grace BOYNS, as Executrix of the Estate of Robert S. Boyns, Deceased, Appellee.**

**Thor W. HENRICKSEN, etc., Appellant, v. SEATTLE FIRST NATIONAL BANK, a National Banking Corporation, as Executor of the Last Will and Testament of Marion R. Cummings, Appellee.**

Nos. 9080, 9081.

Circuit Court of Appeals, Ninth Circuit.
Jan. 23, 1939.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Oliver Malm, Asst. U. S. Atty., of Tacoma, Wash., for appellant.

Green & Burnett, of Seattle, Wash., for appellee Boyns.

Kumm & Hatch, of Seattle, Wash., for appellee Seattle First Nat. Bank.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant in each of above causes that the appeal therein be dismissed, and good cause therefor appearing, ordered appeal, 24 F.Supp. 256, in each of above causes dismissed, that a judgment of dismissal be filed and entered in each cause, and that the mandate of this court in each cause issue forthwith.

**Almer Priest HICKMAN v. UNITED STATES of America.**

No. 1831.

Circuit Court of Appeals, Tenth Circuit.
Jan. 17, 1939.

David Tant, of Oklahoma City, Okl., for appellant.

Wade H. Loofbourrow, Asst. U. S. Atty., of Oklahoma City, Okl.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, on motion of appellee, for failure to prosecute.